# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EL PASO NATURAL GAS COMPANY, )
                                )
           Plaintiff, )
                                )
THE NAVAJO NATION )
                                )
         Intervenor-Plaintiff, )     Civil Case No. 07-905 (RJL)
                                )
v. )
                                )
UNITED STATES OF AMERICA, *et al.*, )
                                )
           Defendants. )

## ORDER
### (March 2?, 2011)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that defendant's Motion to Partially Dismiss Intervenor Plaintiff Navajo Nation's Complaint [#52] is **GRANTED**; and it is further

**ORDERED** that intervenor-plaintiff Navajo Nation's Seventh Claim of Relief, brought under the federal Clean Water Act, is **DISMISSED** without prejudice; and it is further

**ORDERED** that all remaining claims on which defendant moved to dismiss (intervenor-plaintiff Navajo Nation's Second, Third, Fourth, Eighth, Ninth and Tenth Claims of Relief) are **DISMISSED** with prejudice.

**SO ORDERED.**

                                      RICHARD J. LEON
                                      United States District Judge